United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 9, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 03-40297
No. 03-40388

_____

CAPE SYSTEMS, INC.,

Plaintiff-Appellee,

VERSUS

TOPS ENGINEERING CORPORATION; ET AL.,

Defendants,

TOPS ENGINEERING CORPORATION,

Defendant-Appellant.

_____

Appeals from the United States District Court
For the Eastern District of Texas
2:99-CV-82

_____

Before DAVIS, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the briefs and argument of counsel, we are satisfied that the district court committed no reversible error.

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

AFFIRMED.